| PROB 22 (Rev 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:CR-01-072-01 |
| | | DOCKET NUMBER (Rec. Court) 2:05-CR-621-1 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Terrance IRVIN  6223 Ellsworth Street  Philadelphia, PA 19143 | Middle/PA | Harrisburg |
| | NAME OF SENTENCING JUDGE The Honorable William W. Caldwell | |
| | DATES OF SUPERVISED RELEASE  FROM 7/15/05  TO 7/14/08 | |

OFFENSE

Distribution and Possession with Intent to Distribute Crack Cocaine, 21 USC § 841(a)(1)
Possession of a Firearm with an Obliterated Serial Number, 18 USC § 922(k), 924(a)(1)(B)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  MIDDLE  DISTRICT OF  PENNSYLVANIA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Eastern District of Pennsylvania__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_9/28/05_  
Date

_William W. Caldwell_  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF  PENNSYLVANIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_October 27, 2005_  
Effective Date

_Timothy Savage_  
United States District Judge