

*OFFICE OF THE CLERK*
## UNITED STATES DISTRICT COURT
*for the*
### MIDDLE DISTRICT OF PENNSYLVANIA

*U.S. Courthouse*
*228 Walnut Street, Rm. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

(717) 221-3920
FAX (717) 221-3959

**MARY E. D'ANDREA**

*Clerk of Court*



December 2, 2005

United States District Court
Eastern District of Pennsylvania
Office of the Clerk of Court
U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

**RE: Terrance Irvin**
**Dkt. No.  1:01-CR-072-01**
**TRANSFER OF JURISDICTION**

Dear Clerk,

    Pursuant to the enclosed transfer of supervision jurisdiction order, enclosed are certified copies of the indictment, verdict slip, judgment and commitment, financial information and current docket in this case.

    Please acknowledge receipt of this mailing by signing and returning the enclosed copy of this letter.

Sincerely,

Mary E. D'Andrea, Clerk

Carrie Thomas-Mayernick

Carrie Thomas-Mayernick

Deputy Clerk

Received by

Date Received: ____12-7-05____